▮ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROGER SELMAN, Appellant. [867 NYS2d 98]—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Chambers, J.), rendered May 12, 2005, convicting him of criminal sale of a controlled substance in the second degree and conspiracy in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

At trial, a police detective testified that during an undercover purchase of narcotics from the defendant and a codefendant, he observed the defendant hand the package containing crack-cocaine to the codefendant prior to the sale. The defendant sought to impeach this testimony by questioning the detective

about his failure to mention the hand-to-hand transfer during his testimony before the grand jury. An omission of fact at a prior time may not be used for impeachment purposes, however, unless it is shown that, on the previous occasion, "the witness' attention was called to the matter and . . . he was specifically asked about the facts embraced in the question propounded at trial" (*People v Bornholdt*, 33 NY2d 75, 88 [1973], *cert denied sub nom. Victory v New York*, 416 US 905 [1974]). Here, the detective was not specifically asked in the grand jury about the facts embraced in the questions propounded at trial. The defendant therefore failed to lay a proper foundation for the proposed cross-examination and the Supreme Court correctly sustained the People's objection (*see People v Keys*, 18 AD3d 780, 781 [2005]).

The Supreme Court properly admitted the photograph from the defendant's driver's license during the testimony of a police witness regarding the method used to confirm the defendant's identity during the long-term narcotics investigation. Contrary to the defendant's contention, the photograph was probative to illustrate relevant evidence and was not shown solely to inflame the jury as to the defendant's appearance (*see People v Wood*, 79 NY2d 958, 960 [1992]; *People v Chandler*, 51 AD3d 941, 942 [2008]). Spolzino, J.P., Ritter, Santucci and Carni, JJ., concur.